# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2013

## NO. 03-11-00277-CV

**Northeast Neighbors Coalition and TJFA, L.P., Appellants**

**v.**

**Texas Commission on Environmental Quality and
BFI Waste Systems of North America, L.L.C., Appellees**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE ROSE

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the district court's judgment.

**IT IS THEREFORE** ordered that the judgment of the district court is in all things affirmed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.